No. 1431, Misc.  WILCOX v. TURNER, WARDEN.  Sup. Ct. Utah.  Certiorari denied.

No. 1434, Misc.  GRAY v. OCCIDENTAL LIFE INSURANCE Co. OF CALIFORNIA.  C. A. 3d Cir.  Certiorari denied.

No. 1473, Misc.  LARK v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1440, Misc.  OWEN v. ELLINGTON, GOVERNOR OF TENNESSEE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 1450, Misc.  CHAPPEL v. WARDEN, MARYLAND PENITENTIARY.  Ct. Sp. App. Md.  Certiorari denied.

No. 1455, Misc.  COX v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *James R. Willis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1458, Misc.  WILLIAMS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  *Emmett Colvin* for petitioner. *Crawford C. Martin,* Attorney General of Texas, and *Howard M. Fender,* Assistant Attorney General, for respondent.

No. 1470, Misc.  HELPMAN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1479, Misc.  TAYLOR v. PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.